# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2732
LT Case No. 2019-CF-2505

_____

DWANE A. GOMES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Dwane A. Gomes, Perry, pro se.

No Appearance for Appellee.

October 17, 2023

PER CURIAM.

   AFFIRMED.

MAKAR, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____